JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Michael Aram, Inc., | CASE NUMBER: |
|---|---|
| PLAINTIFF | CV 25-02190-DMG (MARx) |
| v. | |
| At Home Stores, LLC, et al., | **JUDGMENT** |
| DEFENDANT | |

An offer of judgment having been made and accepted pursuant to Federal Rule of Civil Procedure 68, and the offer and notice of acceptance having been filed on  June 16, 2025  as docket number __20__ (the "Offer of Judgment"), judgment is hereby entered for

Michael Aram, Inc.

and against

At Home Stores LLC, et al.

according to the terms set forth in the Offer of Judgment.

Date: June 16, 2025

By: /s/ Dolly M. Gee
United States District Judge

CV-140 (02/21)                    JUDGMENT